# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                October 23, 2009
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki
_____

Civil Action No. 09-cv-01359-RPM

AMBER PETERS-TATRO,                                       Sean P. Paris

      Plaintiff,
v.

TED MINK, in his official capacity as                     Patricia W. Gilbert
Sheriff of Jefferson County, Colorado;
KAREN DUFFY VAUGHEY STURGEON,                             Chad K. Gillam
PATRICIA WITTE,
NURSE JANE DOE 1,
NURSE JANE DOE 2, and
DOES 1 THROUGH 10,

      Defendants.
_____

## COURTROOM MINUTES
_____

**Scheduling Conference and Hearing on Motion to Dismiss**

**2:30 p.m.      Court in session.**

Court reviews proposed scheduling order and counsel answer questions.

Mr. Paris states he will file an amended complaint adding Correctional Healthcare Management and agrees to more clearly define the negligence claim.

Court states the Amended Complaint resolves the pending motion to dismiss.

**ORDERED:   Amended Complaint due by November 9, 2009.
            If Mr. Gillam represents the Correctional Healthcare Management then
            counsel will confer and submit a revised proposed scheduling order.**

**ORDERED:   Karen "Duffy" Sturgeon and Patricia Mcintosh's Motion to Dismiss
            Plaintiff's Fourth (Negligence in the Operation of a Jail) And Sixth
            (Negligence per Se) Claims for Relief Pursuant to Fed. R. Civ. P. 12(b)(6),
            filed July 28, 2009 [9], is resolved by the filing of an amended complaint.**

Court states its orders of reference to magistrate judge practice (joint motion).

**2:48 p.m.      Court in recess.**     Hearing concluded. Total time: 18 min.