IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01359-RPM

AMBER PETERS-TATRO,

        Plaintiff,

v.

TED MINK, in his official capacity as Sheriff of Jefferson County, Colorado;
KAREN DUFFY VAUGHEY STURGEON, individually;
PATRICIA WITTE, individually;
NURSE JANE DOE 1, individually;
NURSE JANE DOE 2, individually;
DOES 1 THROUGH 10

        Defendants.

---

**ORDER RE: REVISED MOTION TO AMEND COMPLAINT
AND ADD AN ADDITIONAL PARTY**

---

Upon consideration of the Plaintiff's Revised Motion to Amend Complaint and Add an Additional Party [20], it is

ORDERED that the motion is granted and the First Amended Civil Rights Complaint attached thereto is accepted for filing.

DONE THIS 12th DAY OF NOVEMBER, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge