IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01359-RPM

AMBER PETERS-TATRO,

    Plaintiff,

v.

TED MINK, in his official capacity as Sheriff of Jefferson County, Colorado;
CORECTIONAL HEALTHCARE MANAGEMENT, INC., a Colorado corporation,
KAREN DUFFY VAUGHEY STURGEON,
PATRICIA WITTE,
NURSE JANE DOE 1,
NURSE JANE DOE 2, and
DOES 1 THROUGH 10,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal of All Claims, with Prejudice, Against Sheriff Ted Mink, Patricia Witte, EMT and Karen "Duffy" Sturgeon, LPN [35], it is

    ORDERED that this action is dismissed with prejudice against defendants Sheriff Ted Mink, Patricia McIntosh (f/k/a Patricia Witte) and Karen Duffy Vaughey Sturgeon, each party to bear their own costs and attorneys' fees.

    DATED: April 14th, 2010

                                             BY THE COURT:

                                             s/Richard P. Matsch

                                             _____
                                             Richard P. Matsch, Senior Judge